JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOBERMAN DESIGNS, INC. | Case No. CV14-6743 DSF (SHx) |
| Plaintiff, | **JUDGMENT** |
| vs. | Date: N/A |
| GLOWORKS IMPORTS, INC., d/b/a GLOWORKS, INC., JOSEPH IACONA a/k/a/ JOE IACONA, NOSTALGIC IMAGES, INC., and DOES 1-10, Inclusive | Place: Courtroom 840 |
| | Judge: Hon. Dale S. Fischer |
| | U.S. District Court Judge |
| Defendants. | |

1  This action came before the Court, Hon. Dale F. Fischer presiding, on the
2 parties' cross motions for summary judgment.  The evidence presented having
3 been fully considered, and a decision having been duly rendered upon a detailed
4 written order, Plaintiff's Motion for Summary Judgment was denied and
5 Defendants' Motion for Summary Judgment was granted.
6  Therefore, IT IS ORDERED AND ADJUDGED that the Plaintiff take
7 nothing, that the action be dismissed with prejudice on the merits and that
8 Defendants recover their costs.
9  DATED:  11/9/15

*[signature: Dale S. Fischer]*

_____
Hon. Dale S. Fischer
United States District Judge